UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-2178-PA | Date | October 11, 2024 |
|---|---|---|---|
| Title | In re: AB Capital, LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**        **IN CHAMBERS — COURT ORDER**

Before the Court is a Notice of Appeal filed by The Joshua K. Pukini Trust ("Pukini Trust"), appearing pro se, in the bankruptcy case In Re AB Capital, LLC (Bankruptcy Case Number 8:22-bk-11585 TA). (Docket No. 1.)

Although the Central District's Local Rules allow individuals to represent themselves, the Local Rules generally prohibit organizations or entities from representing themselves. Specifically, Local Rule 83-2.2.2 provides:

> ***Organizations.***  Only individuals may represent themselves pro se. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.

Because Pukini Trust is a trust, an organization under L. R. 83-2.2.2., it cannot represent itself pro se.

The Court therefore orders Plaintiff to show cause in writing why this appeal should not be dismissed without prejudice.  Plaintiff's response to this Order to Show Cause shall be filed no later than **November 15, 2024.**  A substitution of attorney appointing counsel for Plaintiff shall be deemed an adequate response.  Failure to adequately respond to this Order to Show Cause by November 15, 2024, may result in the dismissal of this appeal without further warning.

IT IS SO ORDERED.